139300

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 01-2333 PAM/RLE Case Title: Ronald Broten v. Robert L. Gustafson, et al.

**Affidavit of Movant**

I, Gregory N. McEwen an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel F. Fitzgerald an attorney admitted to practice in the State of Alaska District of ~~3rd Jud.~~ District 9th Circuit but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Ronald Broten in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: Gregory N. McEwen | MN Attorney License #: 0273843 | Date: 12/28/01

**Affidavit of Proposed Admittee**

I, Daniel F. Fitzgerald, am currently a member in good standing of the U.S. District Court for the State of AK District of 3rd Jud. Distr., but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Daniel F. Fitzgerald | Signature: Daniel F. Fitzgerald | Date: 19 December 2001

Attorney License Number: ABA 9301001

Law Firm Name & Address: Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501

Telephone: (907) 276-1700

Motion Granted: Richard D. Sletten MMC
For the Court: Richard D. Sletten, Clerk

Date: MAR 12 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________